# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Carmen Barbosa*       **Dated:**      12/16/2025

**Name:**      Carmen Barbosa