UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARMEN BARBOSA, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PROVIDENCIA GROUP, LLC,<br><br>        Defendant. | Civil Case No.: 1:26-cv-00026-PTG-LRVVAED |

**NOTICE OF FILING CONSENT FORMS**

Plaintiff Carmen Barbosa, by and through her counsel, hereby files written consent forms pursuant to 29 U.S.C. § 216(b). *See* Exhibit 1.

Respectfully submitted,

Dated: February 25, 2026       **GOLDBERG FINNEGAN CANNON, LLC**

By:   /s/ Curtis Cannon
      Curtis Daniel Cannon, Esq.
      8401 Colesville Road, Suite 630
      Silver Spring, MD 20910
      T: (301) 589-2999
      F: (301) 589-2644
      ccannon@goldbergfinnegan.com

      *Local Counsel for Plaintiff*

      Nicholas Conlon (to seek PHV)
      Michael Rinderman
      BROWN, LLC
      111 Town Square Place, Suite 400
      Jersey City, NJ 07310
      T: (877) 561-0000
      F: (855) 582-5279
      nicholasconlon@jtblawgroup.com
      michael.rinderman@jtblawgroup.com

      *Lead Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 3, 2026, I caused a true and correct copy of the foregoing Notice of Filing Consent Forms and accompanying exhibit to be served via electronic mail upon Defendant's counsel:

Alex Berg, Esq.
Littler Mendelson, P.C.
1800 Tysons Blvd, Suite 500
Tysons Corner, VA 22102
Email: ABerg@littler.com

Dated: February 25, 2026                    **GOLDBERG FINNEGAN CANNON, LLC**

By:    /s/ Curtis Cannon
         Curtis Daniel Cannon, Esq.

2