# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

         Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

         Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Ada Selva*        **Dated:**     01/30/2026

**Name:**        Ada Selva

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

**CONSENT TO SUE**

       I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Aileen Chavez*    **Dated:**    01/27/2026

**Name:**    Aileen Chavez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

### CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Aileen Rodriguez*          **Dated:**          01/27/2026

**Name:**          Aileen Rodriguez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

　　　　　Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

　　　　　Defendant(s).

## CONSENT TO SUE

　　　　I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Alejandra Martinez*　　　**Dated:** 　01/27/2026

**Name:** 　　　Alejandra Martinez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: *Alondra Salazar Garcia*    Dated: _____01/27/2026_____

Name: _____Alondra Salazar Garcia_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Ana Calderom*  **Dated:** 01/27/2026

**Name:** Ana Calderon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____    **Dated:** _____01/28/2026_____

**Name:** _____Ana Perez_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

    Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

    Defendant(s).

## CONSENT TO SUE

  I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Anahi McCraven*   **Dated:**  01/23/2026

**Name:**   Anahi McCraven

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

       Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

       Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Angemaria Gooden_     **Dated:** 01/28/2026

**Name:** Angemaria Gooden

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

      I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____    **Dated:** _____01/27/2026_____

**Name:** _____Angie Rodriguez_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Annie Farfan*      **Dated:**      01/28/2026

**Name:**      Annie Farfan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Bianca Puente_    **Dated:** 01/27/2026

**Name:** Bianca Puente

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Camila Montenegro*            **Dated:** 01/28/2026

**Name:** Camila Montenegro

The signed document can be validated at https://app.vinesign.com/Verify

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

        I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Crystal Macias*     **Dated:** 01/27/2026

**Name:** Crystal Macias

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## <u>CONSENT TO SUE</u>

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Cynthia Urena Hernandez* **Dated:** 01/22/2026

**Name:** Cynthia Urena

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Daniela Serrano*    **Dated:** 01/28/2026

**Name:** Daniela Serrano

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

### CONSENT TO SUE

    I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Elton Rodriguez*      **Dated:** 01/28/2026

**Name:**      Elton Rodriguez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: *Genesis Ruiz Diaz*　　Dated: 01/27/2026

Name: Genesis Ruiz Diaz

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

   Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

   Defendant(s).

## CONSENT TO SUE

  I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Irene Cavazos*  **Dated:** 01/28/2026

**Name:**  Irene Cavazos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

       I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:**  *Jacqueline Borges*          **Dated:**          01/27/2026

**Name:**          Jacqueline Borged

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

       I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Jacqueline Cornejo*      **Dated:**     01/27/2026

**Name:**      Jacqueline Cornejo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

### CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Jacqueline Galarza_    **Dated:** 01/27/2026

**Name:** Jacqueline Galarza

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Jennifer Lopez*     **Dated:** 01/28/2026

**Name:** Jennifer Lopez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## <u>CONSENT TO SUE</u>

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:**   *Jo Ann Sanchez*          **Dated:**          01/27/2026

**Name:**          Jo Ann Sanchez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

      I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: *Johanna Rosales*    Dated: 01/27/2026

Name: Johanna Rosales

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Jose Mnauel García Rivero*   **Dated:** 01/28/2026

**Name:** Jose Mnauel García Rivero

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Jousette Collado Patino*    **Dated:**    01/27/2026

**Name:**    Jousette Collado Patino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Juliana Jimenez Cordero*    **Dated:**    01/27/2026

**Name:**    Juliana Jimenez Cordero

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## <u>CONSENT TO SUE</u>

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Karen Davalos*    **Dated:**    01/27/2026

**Name:**    Karen Davalos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

### CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____  **Dated:** _____01/27/2026_____

**Name:** _____Karla Medina_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Karla Ramos_      **Dated:**     01/27/2026

**Name:**       Karla Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

       I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Kassie Bazan*       **Dated:**      01/27/2026

**Name:**       Kassie Bazan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: *Kimberly Buentello-arreola*  Dated: 01/27/2026

Name: Kimberly Buentello-arreola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

   Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

   Defendant(s).

## <u>CONSENT TO SUE</u>

  I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Laura Aguirre*     **Dated:**   01/28/2026

**Name:**    Laura Aguirre

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Lizeth Luna Gandara*      **Dated:**      01/27/2026

**Name:**      Lizeth Luna Gandara

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____  **Dated:** _____01/28/2026_____

**Name:** _____Lorenny Lorenzo_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Marelys Sigas Rodriguez* **Dated:** 01/28/2026

**Name:** Marelys Sigas Rodriguez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and-hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Mateo Rios*　　　　**Dated:**　　01/28/2026

**Name:**　　　　Mateo Rios

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: _____   Dated: _____01/27/2026_____

Name: _____Myrna Gonzalez_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

       I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Neysa Sebastia_      **Dated:**     01/27/2026

**Name:**      Neysa Sebastia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Omar Kid Boada*    **Dated:** 01/28/2026

**Name:**    Omar Kid Boada

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Pedro Preciado_  **Dated:** _01/27/2026_

**Name:** _Pedro Preciado_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Priscilla Gonzalez*          **Dated:**          01/27/2026

**Name:**          Priscilla Gonzalez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

> Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

> Defendant(s).

## **CONSENT TO SUE**

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____    **Dated:** _____01/27/2026_____

**Name:** _____Rafael Alfonso_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Raquel Lambarri_                **Dated:** 01/29/2026

**Name:** Raquel Lambarri

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____    **Dated:** _____01/27/2026_____

**Name:** _____Rosie Alonzo_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

    I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Roxana Saenz Marroquin*   **Dated:**     01/27/2026

**Name:**     Roxana Saenz Marroquin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

    I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _Samantha Hernandez_    **Dated:** _01/28/2026_

**Name:** _Samantha Hernandez_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: *Susana Pate*            Dated:        01/27/2026

Name:            Susana Pate

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Signed: _Yaneri Garcia_  Dated: 01/27/2026

Name: Yaneri Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on
behalf of others similarly situated,

        Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

        Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _____   **Dated:** _____01/27/2026_____

**Name:** _____Zuleika Morales_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CARMEN BARBOSA, individually and on behalf of others similarly situated,

Plaintiff,

vs.

THE PROVIDENCIA GROUP, LLC,

Defendant(s).

## CONSENT TO SUE

I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid overtime wages, while working in the position(s) of hourly-paid non-exempt employee for the Defendant(s) THE PROVIDENCIA GROUP, LLC at any time within the period of the last three years. I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *Zuley Figueroa*    **Dated:** 01/28/2026

**Name:** Zuley Figueroa